The representation provided to Mr Faron R. Hawkins is illustrative of the pattern of representation provided by the State of Idaho, County of Ada that has been proven to be a structural and systemic known violation of the State and Federal Constitutions as well as clearly established Federal law. The Governor of Idaho C.L. "Butch" Otter admitted to these violations in his 2015 State of the State address. The Courts in Idaho has admitted guilt to knowingly violating law and unlawfully obtaining convictions, unlawfully imprisoning indigent defendants, intentionally because they knew that higher courts have refused to hear claims arising from ineffective assistance of counsel, until it is issued throughout the states courts to exhaustion. What this means is, Roger Bourne, Jan Bennetts state prosecutors, Judge Michael McLaughlin, Judge Irby, Judge Owens, Judge Copsey, Ada Prosecutor Greg Bower, Idaho's Attorney General, Lawrence Wasden, Lori Fleming, Mellisa Moody, Pantner, etc... All create four times the case load for courts because it creates jobs for prosecutors, Judges and since Judges are paid based on how many cases they dispose of per year. This is a huge profiteering scheme for Judges and Prosecutors, all the while, indigent defendants pay by loss of liberty, family ties, life, happiness, and loss of income, resources such as family money's to pay for visiting, phone time, letters. Roger Bourne said to me, "Mormons in jail do not pay titles, so that is why mormons get riders, all others pay by providing jobs so they can patronize Mormon business". This conversation came from my possession of Ada County Jail booking sheet that showed what each inmates religious preference was. In 2006, 2007, you were asked what your religious preference was at booking. I was able to show mormon preferences booked for burglary had their charge reduced to petty theft 86% of the time, while non-mormons booked for petty theft

had their charge increased to Burglary 92% of the time. A mormon who raped a 8 year old boy got probation while prosecuted by Roger Bourne. A mormon who was a six time offender, grand theft, burglary, aggravated assault, robbery, Roger Bourne gave him a 180 day rider for the third time! A man with over 37 convictions, charged with beating a woman, raping her analy, bite marks on her back, left bloody, served only 2 years being a mormon. I with 25 years clear record, charged with, as Roger Bourne put it to the grand jury, "a basic theft", no weapon, no verbal threat, no assault, no touching of victims, no moving of victim, no violence what so ever, Roger Bourne asks for and gets 30 years to 999 years. So I have 999 years with possibility of parole in 30 years. Certainly unequal, certainly no comparative sentencing, certainly discriminatory, since Bourne told Tany I was a Jew.

NLADA 2010 Report, ABA Ten principles, Governor Otter, State Court Judges, ACLU all have made direct admissions to the fact Idaho is unlawfully imprisoning indigent defendants just like myself, yet I have been denied access to court, the state has committed fraud, falsifying official record, retaliation all irrefutable due to the fact States own official discovery, record prove Bourne, Bennetts, Mclaughlin, Irby, Owens, Copsey, all intentionally denied access to court, appeals, evidence, falsified, altered, destroyed, concealed throughout a 9 year period, and is still ongoing, misusing taxpayer funds to knowingly intentionally fill the court system and unlawfully convict me without remedy.

Idaho state legislature, in subcommitte admitted to knowing that indigent defendants are being unlawfully imprisoned. Admission to a criminal act. Idaho legislative services 2013 case loads, the year I was sentenced,

Nov. 12th 2010 Roger Bourne, Jan Bennett's did lie habitually before the Court and offer, known solicited, perjured testimony by falsifing, Altering, manufacturing fraudulent falsified evidence by intentionally removing, destroying there own evidence in the states discovery.

New evidence regarding Faron R Hawkins EEG, five in all was concealed by State and denied access to. Shows Faron R Hawkins has temporal lobe epilepsy of the left temporal lobe. Public Defenders failed to gain a doctor to address this issue.

Was Faron R Hawkins constitutional rights violated when Judge Mclaughlin refused to conduct a Competency hearing when he motioned the court in December 2010 and Jan 2011. Temporal Lobe Epilepsy may have denied Faron R Hawkins a constitutionally adequate defense during the trial in 2008 and again in 2010, 2011, 2013 when he was Pro Se.

From November 12th 2010 to October 17th 2013, Judge Michael Mclaughlin denied a motion by the defense to conduct a Competency hearing for Faron Hawkins. This was not only a abuse of discretion, this was a denial of a absolute Constitutional right.

Preliminary hearing reset six times because I refused to waive. Public Defenders Trimming, Cahil, Bestimer, Rodgers, odessey, refused to motion for dismissal after two times that the state was not ready, or unwilling to proceed. Then when Roger Bourne forum shopped to a Grand Jury Public defender refused to argue, issue the delay, forum shopping. The case should have been dismissed. Ineffective assistance of counsel. Public defenders refused to argue the two counts of robbery should have been misjoinded, as one count carried with it an admission, while second count, merged in presentation carried No admission. This was, and is a clear prejudicial joinder, unity violation confirming guilt upon the second count. Ineffective assistance of counsel. Prosecutor failed an expressed duty in the grand jury requiring that the Grand Jury is required under due process to be advised of the standard of probable cause, ensuring each grand jury has that defining line in which to measure guilt versus no guilt. Public Defender County, State, failed to do this, and adhere to the State statute, Code. Public Defenders failed to supress the admission obtained in violation of the sixth amendment and fifth amendment right to counsel. Simple due diligence, competence under I.R.P.C. would have ensured this, instead Public defenders were again ineffective, aiding state, county in gaining an extremely unfairly prejudicial advantage, as not one of the bank tellers picked Hawkins from the photos, and no other evidence existed. This is why the State was never prepared for a preliminary and delayed, continued illegally interrogating, unlawfully took Hawkins children, forum shopped to a grand jury, and intentionally failed his required duty under I CR due process, to advise standard of probable cause. Clear misconduct

I Faron Raymond Hawkins was present during the November 12th 2010 Competency hearing during which the following acts did factually did take place of which most appear on transcript.

Dr. Michael Estess did testify that if Hawkins was suffering from delusional disorder as state appointed Dr. Chad Sompke had stated Hawkins was in his initial evaluation to 100% per cent certainty Hawkins would talk about his delusion to everyone he comes into contact with, "it would permeate all aspects of his life." Hawkins would be fixated in his delusion. Dr. Estess said therefore Hawkins was a liar, as well as a list of names Dr Estess called Hawkins, defamation of character as well as committing medical malpractice as the American Psychiatry Association manual for the required diagnosis of delusional disorder is called DSM-4-TR clearly proves Dr Estess did lie about his professions required diagnostic manual which states It does not permeate all aspects of the persons life, that a person can be very high functioning, and the delusion generally does not appear unless something triggers the delusion. In fact the delusion can go into remission. That one of the worst things that can be done to a person with such a disorder, is exactly what Dr. Estess did. Dr Estess never evaluated, tested, or even interviewed Hawkins. Dr Estess testified that everything he read never stated Hawkins wife, or any of the people around Hawkins for over 15 years had never heard Hawkins ever mention, CIA, DIA, etc... and therefore Hawkins was a liar and competent, just manipulating the system. Dr Sompke then changed his mind, and said Hawkins was competent, even though just weeks prior, Dr Sompke said Hawkins was not competent to stand trial. Dr Sompke Dr Estess made it clear, if Hawkins wife, children had known of Hawkins mention CIA, DIA, for years prior to charges, or before, Hawkins would be incompetent and could not be reconvicted or tried. Hawkins was reconvicted based on fraudulent evidence given to Doctors by prosecution, and because Dr Estess, Dr Sompke lied about the published symptoms of the illness.

On August 11th 2006 Hawkins was forced into an interrogation room where Hawkins stated he needed a lawyer before he could speak to the police about the questions Det Dave Smith was asking. Hawkins repeatedly stated he did not want to speak to Police, answer questions he was asked. Hawkins stated he wanted to speak to a lawyer before answering any questions. Over five times on audio tape Det Smith kept asking questions after Hawkins stated he wanted a lawyer, a direct violation of due process and Hawkins 6th Amendment right. State of Idaho V Hurst etc... Det Dave Smith knew Hawkins was sleep deprived for over 30 hours, with drugs percodan, loracet and Johnny Walker influence, found at site of arrest. Ada County Public Defenders, Alan Trimming, Gus Cahill, Steve Botimer, Ed odessy etc... all refused to issue this, ineffectual counsel, failed legal standard.

On August 11th 2006, after Hawkins was placed in handcuffs, secured, with not struggling, arresting officers, beat Hawkins, forced Hawkins face down in a fire pit with warm coles, used boots to kick him in the side while face down on ground, broke two ribs. Medical reports after arrest and photo, shows cut face by eyebrows and mouth. Ribs were wraped with sheet around mid-section and placed in cell. Medical staff asked Hawkins ribs were broken by "having boots" used on him. Ada County Public defenders refused to issue this. Even to subpoena medical records

August 11th 2006 through August 27th 2006 Hawkins was denied a constitutionally adequate representation that gave the state a unfairly prejudicial advantage and denied Hawkins his constitutionally guaranteed rights. Hawkins was denied any counsel during this period, yet Hawkins requested.

August 11th 2006 to September 12th 2006 the state of Idaho refused to provide any counsel to Hawkins, yet repeatedly interviewed, interrogated Hawkins, including unlawfully removing Hawkins from the Ada County Jail to a unknown off site locations for up to seven hours at a time, without counsel, meals, drink. Hawkins was coerced and threatened his children would be taken.

September 12th, the County of Ada, State of Idaho did file fraudulent, falsified reports to remove Hawkins children from Hawkins Grandparents unlawfully, to coerce statements from Hawkins to gain a unfairly prejudicial advantage, in prosecution. Feb 12th 2007 audio hearing, under oath prove the Children were removed without any basis of fact or law. This act traumatized the children while in state custody, and traumatized Hawkins, stating he would say anything to get the State to return the Children. The State committed fraud against the federal government by submitting fraudulent forms to obtain federal funds. This factual act coerced statements out of Hawkins that was used to convict. On Sept 14th 2006 the state unlawfully denied Hawkins to be present at the Childrens custody hearing, in violation of State statute, policy, procedure as well as clearly established federal law. State ordered custody to state on this date. This was done in violation of state law and by state intentionally falsifying official government reports, record to remove children, State, Roger Bourne, Judge Frby, Det Jernka Archer Ada County, Heidi Quiros, other, did lie under oath to remove Children, block all contact with Hawkins, and did traumatize children while in State custody, non-stop crying, refusal to eat, separated in different foster homes, Christmas, birthdays, pushed to such trauma and depression state doctors including Dr. Michael Estes prescribed anti-depressants, instead of giving children back to grandparents, Hawkins, violating state, federal policy, procedure, law.

This was done to coerce statements, confessions from Hawkins. This is proven by the fact on Feb 12 2007 during a administrative hearing, taken under oath Det Termlea Ancler, Heidi Courras admitted under oath the children were never in imminent danger at anytime. Children were never abused, abandon, or neglected. Infact children were clean, healthy, well cared for and had never even been spanked. The official government documents, testimony by Roger Bournes office, Ada County prosecutors, State of Idaho were infact total lies. Ada County Public defender Alan Trimming and Ann Cosho did and and act as a arm of the Ada County Prosecutors office, even at one point fraudulently attempted to get Hawkins to sign over his children by saying it was just signing to representation by Public defenders. Hawkins immediately demanded Ann Coshos removal, yet Judge Irby refused to appoint another lawyer, so Hawkins proceded Pro Se. This is a 6th Amend violation, Hawkins is on record requesting other counsel. This is conspiracy between Prosecutors, Public defenders, Judge, then when Hawkins appealed, Judge Copsey refused to sign fee waiver to appeal - violation of Idaho statute, policy, procedure, clearly established federal law, fraud, conspiracy.

State of Idaho filed action to get child support for the states illegal removal and fraudulent filing to federal government for the support of the children. Judge Owen and special prosecutor refused to admit audios of administrative hearing under oath by blocking them into record ⬛ after receiving them from Hawkins. Prosecutor admitted it proves children were unlawfully taken, but Owen ended proceedings without granting further hearings. Judge Owens did admit in court that Hawkins was denied an appeal because he did not have money for appellant fees, transcripts, even though Hawkins was ruled indigent. Denied due process, access to court, counsel,

From August 18th to 26th 2006 Idaho Dept of Health & Welfare conducted interviews, interrogations of Hawkins three children ages 10, 8, 1 years old including video and audio taped at St Lukes Cares facility in the presence of Sheri Lewis, Jerrilea Ancler, Angie Munson etc... and found the children to have never been abused, abandon, neglected by Hawkins or any other person. ~~illegible~~ Children were sent home to live with the Hawkins grandparents where they were living. The children were clean, healthy, well cared for according to Dept Health and Welfare, Ada County sheriffs dept, Cares Sheri Lewis. On Sept 12th 2006 Ada County Prosecutor Roger Bourne sent Det Jerrilea Ancler, other Ada County sheriffs, Heidi Gurgos to take children using state imminent danger statute, all knowing it was a lie and fraudulent reports. This was done after Hawkins told Roger Bourne that he refused to waive his preliminary hearing on the 11th of Sept 2006. Hawkins had been told by Roger Bourne ~~illegible~~ and Det Dave Smith, if he did not waive his preliminary it would piss them off and there would be retribution. This act also included Roger Bourne soliciting the aid of a person named Alice Vetter (using civilian assets in police actions) to enter Hawkins home to gain information prior to removal of children. Alice Vetter was on parole with Ada County. This illegal act, misuse of taxpayer funds, manufacture of fraudulent official record to traumatize a 10, 8, 1 year old child to use them to coerce statement from Hawkins, to gain a unlawful conviction, and force Hawkins to be silent during proceedings about criminal activity of Roger Bourne, J. Tertelup, and other government employees, private citizens was kidnapping, unlawful imprisonment, and such heinous trauma to Hawkins and his children, state prescribed anti-depressants to Hawkins and his children for the 18 months that the state kept unlawful, unconstitutional custody until the state gained a conviction. Hawkins was denied his constitutional right to appeal by Judges Owen, Copsey, Irby, McLaughlin, by refusing to waive fees for filing, even though they all found Hawkins indigent. This is a conspiracy of criminal activity that reaches corruption, fraud, kidnapping, coercion, RICO.

Greg Bower, Roger Bourne, Gary Raney, Christopher Rogers, others are directly responsible for a ongoing criminal enterprize, RICO violations, murder including but not limited to the murders of Doug, Craig, Bradrick, Mark Stall by and or direct or indirect acts where Boise Police, Ada County sheriffs, Ada County Prosecutors released known intentional fraudulent press releases to the public, causing public outrage by shoveling horse manure on the crosses of Doug and Craig because Bower, Bourne told the public that Doug and Craig murdered Mark, when infact it was elements of Boise Police, Ada County, that murdered all three. Boise Police, Ada County officers executed all three, including their own Boise Police officer. Doug, Craig were shot numerous times, including while on the ground in the head. Hawkins notified local news, a Private investigator _____ others that it was a lie and a cover up. Hawkins did this anonymously until Roger Bourne found out it was Hawkins in 2002 and threatened him, along with others including T Terteling.

On October 17th 2013 Judge Michael Mclaughlin convicted Faron R. Hawkins without a trial or plea of guilt. Mclaughlin denied Hawkins an appeal of his rulings, conduct by purposely refusing to sign the fee waiver for transcripts to the Idaho Supreme Court. During a status conference Mclaughlin convicted Hawkins, even denying Hawkins 14 day continuance for sentencing as required by law. Then on the same day Mclaughlin sentenced Hawkins, without lawful conviction, Mclaughlin signed Hawkins fee waiver to appeal Mclaughlin ruling. This is obstruction of justice, violation of due process, violation of judicial cannon. Hawkins had his sentence vacated in May 10th 2010 by the Idaho Court of Appeals, Mclaughlin was required by law to give Hawkins a new trial, yet instead Mclaughlin, Roger Bourne, Jan Bennets all conspired to alter, destroy, conceal, falsify official government record to deny the Idaho Court of Appeals, soliciting perjured testimony using official, falsified record that Mclaughlin knew was a lie. Mclaughlin, Bourne, Bennets conspired to produce fraudulent, falsified record to obtain a conviction in violation of law, and the Rule of Mandate. Mclaughlin ruled and set precedent that he must and would hold a competency hearing before he could convict Hawkins or set trial. Mclaughlin stated " I will ensure Dr Estess is here for you to ask your questions, you do not need discovery, just ask him questions". "If you fail to give the court the name of your expert witness, you will not be able to call one at the competency hearing" "There will be a competency hearing, with or without your witness" "The way I interpret the Idaho Supreme Court decision is I must hold a competency hearing prior to me deciding if you get a new trial or not."

Idaho Court of Appeals Docket No. 40930 2014 Opinion No. 94 Filed November 6th 2014 State of Idaho vs William Jack Bias vacated lower court due to the fact the Judge errored, denying constitutional rights and the fact Bias was denied a hearing to substitute counsel or proceed pro se regarding the fact Bias relationship with his public defender was unworkable.

"a person raising post conviction judgment claims in the original criminal action is entitled ... to be represented by an attorney to the <u>same extent</u> as a person having his own counsel is so entitled" I.C 19-852. This law requires, guarrantees a public defender must provide a constitutionally adequate representation equal to what private counsel could provide.

Judge Michael Mclaughlin denied me a hearing numerous times to deny me a hearing to substitute counsel, when it was clear the public defender was unworkable. State v William Bias.

Judge mclaughlin by ruling in 2013 stated he must give me a Competency hearing, setting president at least four times from March 2013 to September 2013. He stated he had to as he interpreted the Idaho Supreme Court decision. Mclaughlin resentenced me on Oct 17th 2013 at a status conference, without a competency hearing, and just released from suicide watch unit in the Ada County Jail, still pro se. Competency hearing was motioned back in December 2010, and three years had passed with Mclaughlin still denying a Comp hearing for a pro se litigant. Note: Dennis Benjamin as of 2015, still believes Faron Hawkins is incompetent to stand trial.

Kevin Rogers original Public Defender stated he would dance on my wifes grave, as stated in court transcripts, then he was removed.

August 24th 2007 page 113 Garret Robert Adams lawyer Michael Root, investigator both Brenda Lindercrafts visit 8-13-07 at Ada County Jail visited at 11AM according to deputy Perez 4685 page 114 line 3-6 Bourne admits he had evidence he gained from Adams but would not release it to Hawkins page 115 law library 3 months recieved total 29 hours Bourne spoke to Sergeant Kinzel so I only got 25 minutes that counted for an hour line 9-11.

page 116 Judge Mclaughlin line 7-10 stated "You have chosen to represent yourself, and you do so at your peril". Regarding Judge, Prosecutors intentional limiting, denial of law library. Jan 7th 2008 Defendant stated he was not prepared to proceed at trial due to lack of law library. During trial Judge denied law library. December 2010 to Oct 17th 2013 Same Judge denied Competency hearing while pro se + with Public defender.

American Civil Liberties Union, Jason D. Williamson, Richard Eppink, Leo Morales, Hogan Lovells U.S Kathryn Ali, all filed suit stating the claim that Idaho denys indigent defendents a constitutionally adequate representation, but fails to include in their suit all defendants, such as myself who are convicted. Since the state has admittedly acted unconstitutionally since 2010 at least, I was not convicted at that time. Not until Oct 17th 2013 did mclaughlin unlawfully convict without trial, yet ACLU, Idaho Hogan lovell U.S. all failed to represent me then, yet uses the similar acts the state used on me to make their case, while limiting scope of class. This suit unconstitutionally discrminates against me.

John Eric Sutton committed legal malpractice by being hired by a third party to represent me, firing my lawyer Dennis Benjamin without my permission, and representing me without informed consent, without my approval, and without any signed agreement of any kind. I infact told him to give the money back and refused his representation. Third party, my parents affidavit proves this, along with no signed agreement. Second party Dennis Benjamin was never contacted prior Sutton "poaching" his client, a violation under I.R.P.C. Sutton, issuing a notice of appearance just 3 days prior to Nov. 12th 2010 appeared at the hearing for Competency totally unprepared. Did not have the case file, did not admit even one page into evidence or record, did not supply even one rebuttal witness.

A. Sutton was not prepared, had no questions preprepared prior.
B. Failed to submit even one page, document into evidence
C. Allowed hearsay, unsupported testimony
D. Gave unauthorized private client documents to Prosecutor
E. Was under influence of some drug, legs shaking uncontrolably, talked about people hanging themselves.
F. Failed to visit me prior to hearing do to Veterans day drinking.
G. Never got a doctor to evaluate me for rebuttal testimony
H. Did not put doctor on stand to refute state arguement
I. Did not refute DSM IV TR Symptoms of Illness
J. Did not use state discovery to prove Prosecutor was lying.
K. Did not refute Dr Estess, Dr Sombke testimony as medical malpractice
L. Did not produce Temporal Lobe Epilepsy diagnosis.
M. Did not ask for continuance to prepare as his notice of appearance was just 3 days prior to Competency hearing.

Judge Michael Mclaughlin is on record stating for Bourne to give him the entire case file in 2007. In 2010 Mclaughlin is on record as stating he has read the entire official record, file. Mclaughlin intentionally aided Bourne, Bennetts in their criminal conduct and fraud by blocking over twenty motions of evidence and fraud against the Judge and prosecutor. Mclaughlin blocked his own case from being appealed by refusing to sign the fee waiver for indigent transcripts until the very day he sentenced

Govener C.L. Otter stated publicly in the 2015 state of the state address that he knows the state does not provide a constitutional adequate defense to all indigent defendants such as myself. Otter knows the Supreme Court admits the state does not provide a constitutionally adequate defense, representation. Yet the Govenor refuses to correct the state from gaining an unfairly prejudicial advantage, and by admission is unlawfully convicting, imprisoning defendants. This is a clear admission of guilt and makes otter guilty.

State Contract employee Michael Estess did lie before the Court, creating a official record to be used by the state to gain a conviction where no conviction could be gained without Michael Estess committing medical mal practice and perjury. Michael Estess did conspire with Roger Bourne to convict myself by deliberately lying about the symptoms of a published illness as identified in The American Psychiatric Associations Service, Diagnostic Manual, DSM IV TR. I personally saw and heard Michael Estess lie before the Court while testifying to the symptoms of the expressed illness as diagnosed.

State Appellate Public Defenders Office was appointed in March 2011, yet Molly Huskey failed to appoint a lawyer to me until December 2011, and infact I never saw any lawyer nor had one appointed until December 2011, and I was denied right to issue ineffective assistance of Counsel within the 42 days in which to file, and denied any input or direction of appeal. I never gave informed consent.

Dennis Benjamin, in 2009, filed appeal without gaining informed consent, or even telling me what he was issuing. Dennis admitted he failed to issue fact that the state had unconstitutionally blocked all defense witness by calling Ada County Sheriff and telling them not to serve the lawfully issued defense subpoenas. Causing an engineered denial of All defense witness, tampering with witness under state law. A criminal code violation by state law.

State of Idaho has and is currently slandering, liabling myself by placing my name on the child neglect listing for all to see, when in fact Feb 12th 2007 hearing taken under oath that the state, county, Andrew Ellis, Roger Bourne, Irby, Copsey, Owen, Mclaughlin, all knowingly conspired to prosecute a frivolous case against me with no bases in fact of law. Testimony under oath by Jerrilea Arcler and Heidi Quijas prove Roger Bourne, Ada County Prosecutors office intentionally filed fraudulent, falsified, altered official record. I being present during the hearings and during the testimony heard and saw state and state agents lie before the court and made public their lie, to gain a conviction, and defame myself.

Audio tapes of Peg Doughty chairing a administrative hearing under oath have Jerrilea Arcler and Heidi Quijas testifying on or about Feb 12th 2007 that there was no imminent danger to the children, no abuse, no neglect, no abandonment. The states official reports, used to prosecute and file fraudulent wire transfers from U.S. Treasury to pay the state for unlawful fraudulent state custody

Audio tapes are in the care of a custodian, if this court intends on preserving evidence, I will provide information on location of evidence of state fraud, criminal acts.

## Relief Requested

Plaintiff incorporates all pages, documents, exhibits, claims into this action in support of its claims

Wherefore, Plaintiff respectively requests this court:

A. accept All similarly situated defendants into this action.
B. Declare the rights of Idaho's indigent, and mine were violated
C. Issue and order to cease and prevent all further violations
D. Order an injunction stopping all further violations
E. Order my indictment to be vacated as unlawfully obtained
F. Order reimbursement of All costs, fees, taxes I have had
G. Order payment of lost wages
H. Order punitive damages due to defendants intentional acts
I. Order my name removed from state neglect list
J. Order criminal investigation into defendants acts, conduct.
K. Order sentence to be vacated and immediate release from custody
L. Order pain and suffering damages
M. Order state to pay for PTSD, Trauma due to state action.
O. Order state to make a public statement of their criminal acts.
P. Order state to stop unlawfully taking restitution.
Q. Order state to release myself onto house arrest until resolved to stop further unconstitutional imprisonment
R. Order state to pay for all reasonable legal fees.
S. Order state to provide counsel from outside, non-bias source.

Dated this 15th day of October 2015

                                           /s/ Faron R Hawkins  Pro Se
                                           Faron R Hawkins

I, Faron R Hawkins do hereby certify the foregoing is factual and I have first hand knowledge of the statements here in.

Dated this 15th Day of October 2015

*Faron R Hawkins*

**JURAT**

State of Idaho
County of Ada

Subscribed and sworn/affirmed before me this
15 day of October, 2015.

Alan Stewart - Notary Public

My Commission Expires: 08/16/2020