UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| FARON R. HAWKINS,<br><br>      Plaintiff,<br><br>v.<br><br>STATE OF IDAHO, et al.,<br><br>      Defendants. | Case No. 1:15-cv-00550-BLW<br><br>**ORDER OF DISMISSAL** |

      This case was reassigned to this Court to consider dismissal. The Court has reviewed this case de novo and has also reviewed the Initial Review Order entered by United States Magistrate Judge Candy W. Dale.

      Plaintiff Faron R. Hawkins is an inmate in the custody of the Idaho Department of Correction, who has been issued three strikes in federal court in Cases 1:08-cv-00006-EJL, 1:08-cv-00007-EJL, and 1:08-cv-00008-EJL. The strikes were issued for filing cases that were frivolous, malicious, or failed to state a claim upon which relief can be granted.

      The Court agrees with the assessment in the Initial Review Order that the exception to the three strikes rule—that the plaintiff be "under imminent danger of serious physical injury" pursuant to 28 U.S.C. §1915(g)—does not apply, based on the facts alleged in the Complaint. The Court also agrees that the case challenges Plaintiff's criminal conviction and sentence, and, therefore, it is presently barred by *Heck v.*

**ORDER OF DISMISSAL - 1**

*Humphrey*, 512 U.S. 477, 486-87 (1994). Plaintiff has not filed a response to the Initial Review Order contesting the grounds for dismissal, nor has he paid the filing fee to overcome the three strikes bar. Therefore, the Court will dismiss this case without prejudice.

## ORDER

**IT IS ORDERED:**

1. The Complaint (Dkt. 6) is DISMISSED without prejudice.

2. The Clerk of Court shall note on the docket that Plaintiff has accrued three strikes.

3. Plaintiff's pending motions (7, 8, 9, 10, 11, 15, 17) are DENIED as MOOT.

DATED: July 22, 2016

B. Lynn Winmill
Chief Judge
United States District Court

**ORDER OF DISMISSAL - 2**